Mr. Justice O'Connor delivered the opinion of the court.

---

Ralph W. Condee (plaintiff), defendant in error, v. Michael Zimmer, sheriff (defendant) and Gustav Mueller. Gustav Mueller, plaintiff in error. Gen. No. 24,445.

Action of replevin. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. John Gibbons, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919.

A. G. Dicus, for plaintiff in error. William A. Rogan, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Max Blum and Louis Nagler, appellees, v. Alexander Eisenstein and Samuel Isenstein, appellants. Gen. No. 24,495.

Action by tenants against landlord to recover damages for failure to properly heat leased premises. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed October 15, 1919.

Gustav E. Beerly, for appellants.  Samuel J. Richman, for appellees.
Mr. Justice O'Connor delivered the opinion of the court.